UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHEYENNE LEROY,<br><br>               Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA (U.S. FOREST SERVICE), AND THE UNITED STATES FOREST SERVICE,<br><br>               Defendant. | NO: 2:17-CV-0148-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Order of Dismissal (ECF No. 20). The parties have stipulated to the dismissal of this action with prejudice and with each party bearing its own fees, costs and expenses.

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, this matter is **DISMISSED** with prejudice and with each party bearing its own costs, fees and expenses.

The District Court Clerk is hereby directed to enter this order, furnish copies to counsel, and **CLOSE** the file.

**DATED** September 8, 2017.



THOMAS O. RICE
Chief United States District Judge